## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTONIO GEATTI, | : | |
| Plaintiff, | : | Civil No. 3:12-CV-0032 |
| v. | : | |
| | | (Mannion, D.J.) |
| MIN-SEC COMPANIES, | : | (Blewitt, M.J.) |
| Defendant. | : | |

### ORDER

**IT IS HEREBY ORDERED THAT**:

**1.)** The report and recommendation of Judge Blewitt, (Doc. No. 25), is **ADOPTED IN ITS ENTIRETY**.

**2.)** Defendant's motion for summary judgment, (Doc. No. 15), is **GRANTED** due to plaintiff's failure to produce evidence demonstrating a genuine issue of material fact.

**3.)** Judgment is to be entered in favor of the defendant.

**4.)** The clerk of court is directed to **CLOSE THE CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: September 30, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2012 MEMORANDA\12-0032-01-ORDER.wpd